# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-5071

—————————————————

REGINALD ANDRI RICHARDSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 11, 2019

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

WOLF, BILBREY, and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Reginald Andri Richardson, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.